

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 14, 2021

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:    *United States v. Darren Lindsay, et al.*, 21 Cr. 441**

Dear Judge McCarthy,

The Government has been informed of the arrests of the defendants in the above-titled matter and respectfully requests that the Indictment be unsealed.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962

APPLICATION GRANTED

**Hon. Judith C. McCarthy**       7-14-2021