

# MEMO ENDORSED

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

July 26, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Darren Lindsay, et al.* **(Indigo Grant), 21-cr-441-6 (KMK)**

Dear Judge Karas:

We represent Defendant Indigo Grant in the above-captioned case. We write to respectfully request a temporary bail modification of deadlines associated with Magistrate Judge McCarthy's bail order, dated July 14, 2021. In Judge McCarthy's Order, the Court required Ms. Grant to submit proof of the government's secured interest in real property by July 28, 2021. Because undersigned counsel only was recently retained, we respectfully seek an enlargement of time of seven (7) days to perfect the necessary paperwork for filing with the local Court of Ms. Grant's residence to secure the property. Specifically, we ask the Court to endorse this letter motion, enlarging the time to submit documents confirming the secured interest by August 4, 2021.

We have conferred with counsel for the government who have no objection to this request.

Respectfully submitted,

Granted.

So Ordered.

/s/ HEM

7/26/21

Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Indigo Grant*

cc:   Counsel of record (*via ECF*)