UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Indigo Grant

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-441 (KMK)

Defendant ___Indigo Grant___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Indigo Grant
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Ilana Haramati, Esq.
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/19/2021_
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge