

Meister Seelig & Fein LLP

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 20, 2021

**VIA ECF**

Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    ***United States v. Darren Lindsay, et al.*** **(Indigo Grant), 21-cr-441-6 (KMK)**

Dear Judge McCarthy:

We represent Defendant Indigo Grant in the above-captioned case. We write to respectfully request that the Court permit Ms. Grant to fulfill the further bail conditions set at the August 19, 2021 hearing within one week, by August 26, 2021.

We have conferred with counsel for the government, who consent to this request.

                      Respectfully submitted,

                      /s/ IH
                      Henry E. Mazurek
                      Ilana Haramati
                      Meister Seelig & Fein LLP
                      125 Park Avenue, Suite 700
                      New York, New York 10017

                      *Counsel for Defendant Indigo Grant*

cc:    Counsel of record (*via ECF*)

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
8-20-2021