# MSF
Meister Seelig & Fein LLP

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 26, 2021

**VIA ECF**

Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Darren Lindsay, et al.* (Indigo Grant), 21-cr-441-6 (KMK)

Dear Judge McCarthy:

We represent Defendant Indigo Grant in the above-captioned case. We write to respectfully request a one-week extension of the Court's August 26, 2021 deadline for Ms. Grant to deposit $15,000 with the Court as security for her bail. The transfer from Ms. Grant's account is in process, but because it is taking time for the bank to clear the transferred funds, we request until September 2, 2021 to deposit the funds with the Court.

We have conferred with counsel for the government who consents to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Indigo Grant*

cc:   Counsel of record (*via ECF*)

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
8/26/21