

# MEMO ENDORSED

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 20, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    **Re:**  *United States v. Darren Lindsay, et al.* **(Indigo Grant), 21-cr-441-6 (KMK)**

Dear Judge Karas:

   I write on behalf of defendant Indigo Grant in the above-referenced matter to respectfully request modification of her conditions of release to permit her to stay out past her 7 p.m. curfew as follows:

(1) To participate in a business event in Atlanta, GA on October 1, 2021. The event is scheduled for 8-11 p.m., and Ms. Grant would require additional travel time to return home after the event;

(2) To take her children to a weekly after school sports activity on Wednesdays which runs from 6:30-7:30 p.m. Because of usual traffic in the area, Ms. Grant would return home by 9 p.m.

   I have discussed these requests with the government (AUSA Bradley) and Pretrial Services (Officer Barrios) who do not object to the proposed modifications.

             Respectfully submitted,

             /s/ IH
             Henry E. Mazurek
             Ilana Haramati
             Meister Seelig & Fein LLP
             125 Park Avenue, Suite 700
             New York, New York 10017

             *Counsel for Defendant Indigo Grant*

cc:  Counsel of record (*via ECF*)
   Pretrial Services (*via email*)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

9/21/2021