

# MEMO ENDORSED

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

November 30, 2021

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Darren Lindsay, et al.* (Indigo Grant), 21-cr-441-6 (KMK)

Dear Judge Karas:

    We represent defendant Indigo Grant in the above-referenced matter. We write to respectfully request modification of Ms. Grant's bail conditions such that her curfew will be "as determined by PTS." Currently, Ms. Grant's bond provides that her curfew is from 7p.m. to 7a.m., (*see* ECF Doc. 6 at 4), which makes it difficult for her to regularly take her children to after school activities and attend to her business events.

    I have discussed this proposed modification with the government (AUSA Bradley) and Pretrial Services (Officer Barrios) who do not object to this request.

Granted.

So Ordered.

/s/ KMK
11/30/21

Respectfully submitted,

    /s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Indigo Grant*

cc:    Counsel of record (*via ECF*)
       Pretrial Services (*via email*)