UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Indigo Grant,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 21 CR 00441 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Daniel Steven Parker, Esq., is to assume representation of the defendant in the above captioned matter as of October 31, 2022. Mr. Parker is appointed pursuant to the Criminal Justice Act. His address is Parker & Carmody, 30 East 33rd Street, 6th Floor, New York, NY 10016; phone number 212-239-9777; Email: danielparker@aol.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      November 1, 2022