UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States,

      -against-

Indigo Grant,

      Defendant.

--------------------------------------------------------x

ORDER

Docket No. 21 CR 00441 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Kerry Andrew Lawrence, Esq., is to assume representation of the defendant in the above captioned matter as of November 30, 2022. Mr. Lawrence is appointed pursuant to the Criminal Justice Act. His address is Law Office of Kerry A. Lawrence, PLLC, 140 Grand Street, Suite 705, White Plains, New York, 10601; phone number 914-946-5900; Email: kerry@kerrylawrencelaw.com. Daniel Steven Parker, Esq., is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       November 30, 2022