# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

January 17, 2023

VIA ECF
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Indigo Grant*
S1 21-Cr-441 (KMK)

Dear Judge Karas:

Attached is a letter written by Ms. Grant that she asks you consider in addition to my previously filed letter seeking permission for her to travel to Los Angeles next month.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Nicholas Bradley (via ECF)