UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    -against-<br><br>INDIGO GRANT,<br>    Defendant. | Case No. 7:21-CR-00441-KMK-6<br><br>Order Granting Motion for<br>Admission Pro Hac Vice |

Upon consideration of Defendant's motion, it is hereby **ORDERED** that Defendant's motion for admission pro hac vice be **GRANTED**.

So **ORDERED**, this __22__ day of __March__, 2023.

_____
Kenneth M. Karas, Judge
Unites States District Judge
Southern District of New York

Prepared By:
/s/ Manubir S. Arora
Manubir S. Arora
Attorney for Defendant
Georgia Bar No. 061641

Arora Law Firm, LLC
75 W Wieuca Road NE
Atlanta, Georgia 30342
(404) 609-4664
manny@arora-law.com