UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    -against-<br><br>INDIGO GRANT,<br>    Defendant. | Case No. 7:21-CR-00441-KMK-6<br><br>**Consent Motion to Allow Travel** |

COMES NOW Defendant, Indigo Grant, via undersigned counsel, and respectfully asks that the Court allow her to travel from her home in Georgia to 14 Casey Lane, Middletown, NY 10940. This travel is needed in order to pick up her children (at their grandparent's home).

The travel will be from 6/1/23 – 6/3/23. All other bail conditions remain to include the wearing of the ankle monitor.

Pre-trial services and the United States Attorney's Office have consented to the travel request.

Respectfully submitted, this 1st day of June 2023.

>           /s/ Manubir S. Arora
>           Manubir S. Arora
>           Georgia Bar No. 061641
>           Attorney for Defendant
>
>           Arora Law Firm, LLC
>           75 W. Wieuca Road, N.E.
>           Atlanta, Georgia 30342
>           Office (404) 609-4664
>           manny@arora-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>-against-<br><br>INDIGO GRANT,<br><br>   Defendant. | Case No. <u>7:21-CR-00441-KMK-6</u><br><br>**Consent Motion to Allow Travel** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Consent Motion to Allow Travel* upon all parties involved via the federal e-filing system.

This 1st day of June 2023.

                                                                      */s/ Manubir S. Arora*
                                                                      Manubir S. Arora
                                                                       Georgia Bar No. 061641
                                                                       Attorney for Defendant

                                                                       Arora Law Firm, LLC
                                                                       75 W. Wieuca Road, N.E.
                                                                       Atlanta, Georgia 30342
                                                                       Office (404) 609-4664
                                                                       manny@arora-law.com