UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Indigo Grant,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 21 CR 00441 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Sean Michael Maher, is to assume representation of the defendant in the above captioned matter as of August 1, 2023. Mr. Maher is appointed pursuant to the Criminal Justice Act. His address is The Law Offices of Sean M. Maher, PLLC, 2796 Sedgwick Avenue, Suite C1, Bronx, NY 10279, phone number (212) 661-5333, Email: smaher@seanmaherlaw.com. Manubir S. Arora is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       August 2, 2023