UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

-v-

INDIGO GRANT,

Defendant.

---

No. 21-CR-441 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

    At the Conference on January 18, 2024, the Court adopted the following scheduling order:

    Defendant shall file any motions by no later than March 11, 2024. The Government shall file opposition papers by no later than April 5, 2024. Defendant shall file reply papers by no later than April 22, 2024. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    There will be no extensions to this briefing schedule. Counsel are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Time is excluded from the Speedy Trial Act until March 11, 2024, in the interest of justice as explained on the record of January 18, 2024. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:    January 18, 2024
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE