

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

April 26, 2024

**BY ECF/EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Indigo Grant,* 21 Cr. 441 (KMK)

Dear Judge Karas:

The Government respectfully writes, with the consent of counsel for the defendant Indigo Grant, to request an adjournment of an evidentiary hearing on the defendant's pretrial motions. The evidentiary hearing is currently scheduled for June 25, 2024. The parties understand that the Court is available to hold an evidentiary hearing on July 8, 2024 at 10:30 a.m., and respectfully request to adjourn the evidentiary hearing to July 8, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Kaiya Arroyo
Nicholas S. Bradley
Jennifer N. Ong
Assistant United States Attorneys
(914) 993-1919/ (212) 637-1581 / -2224

cc: Sean Maher, Esq. (by CM/ECF)

**SO ORDERED:**

HON. KENNETH M. KARAS U.S.D.J.

4/27/2024