UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

INDIGO GRANT,

Defendant.

No. 21-CR-441 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons explained on the record at Oral Argument on September 26, 2024, Defendant's Motion To Suppress Post-Arrest Statements, Defendant's Motion To Compel Production of Discovery, and Defendant's Motion To Sever Defendant from Counts Two, Three, Four, Five, and Eight are denied. The Clerk of Court is respectfully directed to terminate the pending Motions. (Dkt. No. 289, 293, 295.)

Time is excluded from the Speedy Trial Act until October 9, 2024, in the interests of justice as explained at the conference. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 26, 2024
       White Plains, New York

KENNETH M. KARAS
United States District Judge