UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Indigo Grant,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 21 CR 00441 (KMK)

KARAS, U.S. DISTRICT JUDGE:

James Roth, Esq. is to assume representation of the defendant in the above captioned matter as of September 26, 2024. Mr. Roth is appointed pursuant to the Criminal Justice Act. His address is Stampur & Roth, 299 Broadway, Suite 800, New York, NY 10007, phone number 212-619-4240, Email: jamesrothesq@gmail.com

Sean Maher is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       September 27, 2024