UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES, | |
| v. | No. 21-CR-441 (KMK) |
| INDIGO GRANT, | <u>SCHEDULING ORDER</u> |
| Defendant. | |

KENNETH M. KARAS, District Judge:

At the conference on January 15, 2025, the Court adopted the following schedule:

The jury selection and trial in this Action will begin on Monday, February 24, 2025, at 9:30 A.M. in Courtroom 521 at 300 Quarropas Street, White Plains, New York, 10601.

The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law, if necessary, and shall file its motions *in limine* by January 31, 2025 (approximately three weeks prior to trial).  Defendant shall file responses to the Government's 404(b) motion and motions *in limine*, if necessary, and shall file her own motions *in limine* by February 10, 2025 (two weeks prior to trial).  The Government shall file its reply and responses to Defendant's motions *in limine*, if necessary, by February 18, 2025 (approximately one week prior to trial).  Failure to object by either Party will waive any subsequent objections.

The Government shall produce to Defendant pre-marked exhibits it intends to produce as part of its case-in-chief at trial by January 31, 2025 (approximately three weeks prior to trial). The Government shall ensure that Defendant is given an opportunity to view any sensitive evidence it will seek to introduce at trial which the Government cannot send to Defendant.

The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by February 7, 2025 (two weeks prior to trial).

The Parties' proposed jury instructions, voir dire, and proposed verdict form are due by February 7, 2025 (approximately two weeks prior to trial).

Defendant is also reminded of her obligations under Fed. R. Crim. P. 16, which imposes a duty upon the Defendant to "disclose to the government, in writing, the information required by (iii) for any testimony that the defendant intends to use under Federal Rule of Evidence 702, 703, or 705 during the defendant's case-in-chief at trial."  Defendant must make such disclosures by no later than February 10, 2025 (approximately two weeks prior to trial).

The Court will hold a final pre-trial Conference on February 21, 2025, at 10:00 A.M.

Time is excluded from the Speedy Trial Act until February 24, 2025, in the interests of justice as explained at the conference.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:     January 16, 2025
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE