# WALL-WOLFF LLC
20 VESEY STREET, SUITE 400
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wallwolff.com

---

April 29, 2025

<u>VIA ECF</u>

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601



    **Re:** *United States v. Indigo Grant*, 21 Cr. 441 (KMK)

Dear Judge Karas:

    We represent Indigo Grant in the above-captioned case. We write regarding our client's *pro se* letter to the Court dated April 13, 2025. We respectfully request additional time to work with our client to obtain relevant documentation to supplement the motion if possible before the Court rules on the bail application. Accordingly, we respectfully request that we be permitted to file any additional response by May 16, 2025.

    Thank you very much for your consideration.

> Granted.
>
> While the Court has ruled on the motion, that ruling is without prejudice.
>
> So Ordered.
> 4/29/25

Respectfully submitted,

/s/_____

Megan Wall-Wolff
James Roth, Esq.

*Attorneys for Indigo Grant*

cc:    All counsel of record