**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

May 16, 2025

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Indigo Grant*, 21 Cr. 441 (KMK)

Dear Judge Karas:

      We represent Indigo Grant in the above-captioned case. Our client filed a *pro se* letter with the Court dated April 13, 2025, requesting bail. We previously requested additional time to work with our client to obtain relevant documentation to supplement that letter, which the Court granted. We write to update the Court on those efforts.

      We have been able to obtain documentation relating to the juvenile and domestic court action in Virginia regarding custody of Ms. Grant's children. It is our understanding that the next hearing date in that action is July 1, 2025. I have spoken with staff at Westchester County Jail and have been advised that the jail will only allow video calls out of state in legal matters pursuant to a court order. However, I have spoken to staff at the Virginia juvenile and domestic court and have been advised that the court will not allow video appearances in those matters. We are still endeavoring to obtain more information about procedures in the Virginia juvenile and domestic court and the status of the case regarding Ms. Grant's children and to speak with counsel.

      Accordingly, we respectfully request that we be permitted additional time to provide documentation to supplement Ms. Grant's letter, and request that we be permitted to file any additional response by May 30, 2025.

      Thank you very much for your consideration.

Respectfully submitted,

/s/ _____

James Roth, Esq.
Stampur & Roth
2 Overhill Rd.
Scarsdale, NY 10583

Megan Wall-Wolff  
Wall-Wolff LLC  
20 Vesey Street, Suite 400  
New York, NY 10007

*Attorneys for Indigo Grant*

cc: All counsel of record

Granted.

So Ordered.

*[signature]*

5/21/25