# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

June 15, 2025

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

   Re: *United States v. Indigo Grant*, **21 Cr. 441 (KMK)**

Dear Judge Karas:

   We represent Indigo Grant in the above-captioned case. We currently have an appearance scheduled for June 23, 2025, to resolve our pending motion to be relieved in this matter. Currently, our sentencing submission is due prior to this conference. To preserve Ms. Grant's rights, we request that Your Honor adjourn the sentence in this matter *sine die* until new counsel is appointed at which time a new schedule can be set.

   We have conferred with the government, and they proposed that these issues be addressed at the next conference.

Granted.

So Ordered.
*[signature]*
6/15/25

Respectfully submitted,
/s/ _____
James Roth, Esq.
Stampur & Roth
299 Broadway Ste.800
New York, NY 10007

Megan Wall-Wolff
Wall-Wolff LLC
20 Vesey Street, Suite 400
New York, NY 10007

*Attorneys for Indigo Grant*