# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

October 16, 2025

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

     re: *United States v. Indigo Grant*, 21cr441 (KMK)

Dear Judge Karas:

     This letter is an application for an order permitting Indigo Grant to wear civilian clothing at her sentencing, which is calendared for October 29, 2025. Ms. Grant is detained at the Westchester County Jail. I have conferred with the U.S. Marshals Service in White Plains, New York, and I am advised that while they normally accommodate such clothing changes for detained defendants who are on trial, they would require a Court order in order to do so for a detainee's sentencing hearing.

     Accordingly, we seek an order directing that the Marshals permit Ms. Grant, to wear suitable civilian clothing at her sentencing appearance, such clothing to be provided to the Marshals by defense counsel or the defendant's family, and that they accommodate the defendant to permit the change of clothing.

Subject to the Marshals' protocols, the application is granted.

So Ordered
10/15/25

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)