# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 11, 2025

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

      re: *United States v. Indigo Grant*, 21cr441 (KMK)

Dear Judge Karas:

      On July 10, 2025, the Court had granted my application, under the Criminal Justice Act, to authorize funds for defense mitigation specialist CVA Consulting Services. When I applied for these services, I had omitted to ask that the order be nunc pro tunc to June 23, 2025, the date when I was appointed to this case in place of prior counsel.

      Since CVA Consulting Services performed services for me in this matter between June 23 and July 10, 2025, I ask that the Court order that the CJA authorization for their services be nunc pro tunc to June 23, 2025.

                  Very truly yours,

Granted.

So Ordered.

11/11/25

/s/ *Theodore S. Green*
Theodore S. Green