UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

          -v.-

INDIGO GRANT,

              Defendant.

-----------------------------------------------------------------x

ORDER

21-cr-441 (KMK)

To facilitate defendant Indigo Grant's review of electronically stored discovery and trial materials while defendant is detained at the Westchester County Department of Correction ("the facility"), defense counsel is authorized to procure from Data Mill, Inc., a laptop computer ("the electronic device") and to have Data Mill's fees for preparing and transmitting the computer and supplying any needed accessories paid with CJA funds. The laptop shall have USB ports and internet access disabled.

Data Mill Inc. shall provide the laptop computer to the government and the government shall save the electronically stored material on the device. Within a reasonable time the Government shall send the electronic device to the facility. The defendant can access the electronic device at times and places approved by facility personnel.

The defendant is prohibited from copying, printing, sending, publishing, or transferring any of the materials on the electronic device.

Dated: 2/20/26

SO ORDERED

HON. KENNETH M. KARAS
United States District Judge